IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11-123 |
| | : | |
| v. | : | CIVIL NO. 14-2091 |
| | : | |
| LEE DAVIS, JR. | : | |

## **ORDER**

AND NOW, this 27th day of March, 2017, upon consideration of Defendant Lee Davis, Jr.'s pro se Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, and the Government's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Davis's Motion (Document 95) is DENIED without an evidentiary hearing. Davis having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.